**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re | Case No. 16-10168 FJB |
| | Chapter 7 |
| John W. Coughlin, III | |
| Debtor | |

**DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

The Court is unable to process your *Petition for Payment of Unclaimed Funds* as the transferor; Nicole Bancroft was not served with a copy of the Petition for Payment of Unclaimed funds and notified of the Response deadline.

Please cure this deficiency and submit a Certificate of Service and Notice of Response Deadline (21 days) a **within 45 days of the date of this Notice:**

Finance Office
United States Bankruptcy Court
John. W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

If you have any questions, please do not hesitate to contact the Court at the number below.

Dated:   December 19, 2018                              By the Court,

/s/Judith P. Crossen
Chief Deputy Clerk
Telephone 617-748-6600